1
2
3
4
5
6
7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                       **WESTERN DIVISION**

11

12  FELECIA BALAM,                     )     No. CV 09-4702-GW (PLA)
                                        )
13              Plaintiff,              )
                                        )     **JUDGMENT**
14         v.                           )
                                        )
15  MICHAEL J. ASTRUE,                  )
    COMMISSIONER OF SOCIAL             )
16  SECURITY ADMINISTRATION,           )
                                        )
17              Defendant.              )
                                        )
18  _____)

19       Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS

20  HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security

21  Administration, is reversed and this action is remanded to defendant for further administrative

22  proceedings.

23

24  DATED: May 23, 2011                 _____
                                         HONORABLE GEORGE H. WU
25                                       UNITED STATES DISTRICT JUDGE
26
27
28