Tony S. Adderley, Esq.  (310) 563-2153
Bar No. 238729
5757 W. Century Blvd. Ste. 700
Los Angeles, CA 90045
e-mail: tsadderley@msn.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FELECIA BALAM, ) | CASE NO.: CV 09 4702 GW (PLA) |
| ) | |
| Plaintiff, ) | ORDER AWARDING |
| ) | EQUAL ACCESS TO JUSTICE ACT |
| v. ) | ATTORNEY FEES PURSUANT TO |
| ) | 28 U.S.C. sect. 2412d |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the

/
/
/
/
/

1

amount of $2,900.00 as authorized by 28 U.S.C. sect. 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO RECOMMENDED:

Dated:  September 27, 2011            _____
                                      HON. PAUL L. ABRAMS
                                      UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED:

Dated: September 30, 2011             _____
                                      HON. GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE